PETER THOMPSON *vs.* C. Z. SUTTON and others.

June 14, 1876.

Sale of Judgment on Execution.—If, under Gen. St. c. 66, § 269, a judgment can be levied upon and sold, upon execution, the sale can only be made "if the court so order," as provided in section 284 of the same chapter.

Plaintiff obtained judgment against defendants in the court of common pleas of Ramsey county, and caused execution thereon to be issued to Nobles county, by virtue of which execution the sheriff of that county levied upon a judgment which had theretofore been recovered by the defendants Miller, Humiston & Co., against the defendants C. Z. Sutton and James Lundy, in the district court for Nobles county, and was docketed. therein. The judgment thus levied on, the sheriff proceeded to sell, without having obtained any order of sale from the court. The plaintiff having purchased the judgment at the execution sale, the defendants herein moved the court of common pleas for an order setting aside the sale. The motion was granted by *Hall*, J., and the plaintiff appealed.

*Stanford Newel* and *Daniel Buck*, for appellant.

*Emory Clark*, for respondents.

BERRY, J.[1] If, for the purposes of this case, it be admitted that, under the provisions of Gen. St. c. 66, § 269, a judgment can be levied upon by execution, still, as it is a thing in action, (*Fore* v. *Manlove*, 18 Cal. 437; *Burtis* v. *Cook*, 16 Iowa, 194,) the sale can be made only "if the court so orders." Gen. St. c. 66, § 284.

Order affirmed.

[1] Gilfillan, C. J., having been of counsel, did not sit in this case.